NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MIMEDX GROUP, INC.,**
*Plaintiff*

**v.**

**SURGENEX, LLC,**
*Defendant-Appellant*

**v.**

**TISSUE TRANSPLANT TECHNOLOGY, LTD.,**
**dba Bone Bank Allografts,**
*Movant-Appellee*

———————————

2026-1794

———————————

Appeal from the United States District Court for the Western District of Texas in No. 5:26-mc-01211-XR, Judge Xavier Rodriguez.

———————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                          MIMEDX GROUP, INC. V. SURGENEX, LLC

(2)  Each side shall bear their own costs.


                                        FOR THE COURT


June 2, 2026                            Jarrett B. Perlow
    Date                               Clerk of Court


**ISSUED AS A MANDATE:** June 2, 2026